AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26-CR-006-KAM |
| JOHN DOE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN DOE .

Date:  01/14/2026

/s/Alexis G. Padilla
*Attorney's signature*

Alexis Padilla [AP8285]
*Printed name and bar number*

378 Lewis Avenue #6
Brooklyn, NY 11233

*Address*

alexpadilla722@gmail.com
*E-mail address*

(917) 238-2993
*Telephone number*

*FAX number*